Form B203

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| In re<br>DWAYNE T. MENDOZA<br><br>NILA T. MENDOZA<br><br>Debtor(s) | Case Number: 13-01333<br><br>**DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |
|---|---|

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................. $ 550.00

    Prior to the filing of this statement I have received (not including filing fee) ............. $ 550.00

    Balance Due ............................................................................. $ 0.00

2. The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other *(specify)*

3. The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in other contested bankruptcy matters and, unless stated otherwise in paragraph 6 below, adversary proceedings;

    e. [Other provisions as needed]

    Items a through d, above, are inapplicable. Representation of Debtors as special counsel on the objection to claim no. 3 filed by Carolyn Mendoza.

**Form 203 - Continued**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

    Counsel is appearing in this case as special counsel only to represent Debtors on the objection to claim no. 3 filed by Carolyn Mendoza. all other services are excluded from the above-disclosed fee.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/28/2014
Date

*/s/ Donald L. Spafford, Jr.*
Signature of Attorney

Donald L. Spafford, Jr., Attorney at Law
Name of Law Firm