ABELMANN ROLLINS LLLC
A Limited Liability Law Company

W. RICHARD ABELMANN 9158
CHRISTOPHER T. ROLLINS 9795
1330 Ala Moana Blvd. Ste. 301
Honolulu, Hawaii 96814
Tel. 808.589.1010   Fax. 888.797.7471
rick@abelmannlaw.com | chris@abelmannlaw.com

Attorneys for Debtors DWAYNE K. MENDOZA and
NILA T. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 13-01333 |
| | ) | (Chapter 7) |
| DWAYNE K. MENDOZA and | ) | |
| NILA T. MENDOZA | ) | NOTICE OF POST-FILING |
| | ) | PRE-CONVERSION UNPAID |
| Debtors. | ) | DEBTS; EXHIBITS "A" AND |
| | ) | "B" |
| | ) | |
| _____ | ) | |

NOTICE OF POST-FILING PRE-CONVERSION UNPAID DEBTS

COME NOW DWAYNE K. MENDOZA and NILA T. MENDOZA ("Debtors"), by and through their Attorneys, Abelmann Rollins LLLC, and respectfully provide their schedule of unpaid debts not listed in the Chapter 13 Trustee's final report and account incurred after filing but before conversion as Exhibit "A".

DATED: Honolulu, Hawaii, June 6, 2014.

>ABELMANN ROLLINS LLLC
>
>/s/ W. Richard Abelmann
>W. RICHARD ABELMANN
>Attorneys for Debtors DWAYNE K.
>MENDOZA and NILA T. MENDOZA

# EXHIBIT "A"

U.S. Bankruptcy Court - Hawaii   #13-01333   Dkt # 64   Filed  06/06/14   Page 3 of 4

In re: Dwayne K. Mendoza et al., Debtor

Case No. 13-01333 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 16A<br>AOAO Waipio Garden Apartments c/o Ekimoto & Morris 888 Mililani St 2nd Fl Honolulu, Hawaii 96813 | ☐ | J | 2013-14 post-petition association fees | ☐ | ☐ | ✓ | $20,000.00 |
| ACCOUNT NO. | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO. | ☐ | | | ☐ | ☐ | ☐ | $ |
| ACCOUNT NO. | ☐ | | | ☐ | ☐ | ☐ | $ |
| | | | | | | Subtotal ► | $ 20,000.00 |
| __0__ continuation sheets attached | | | | | | Total ► | $ 20,000.00 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)