```
                                United States Bankruptcy Court
                                      District of Hawaii
In re:                                                            Case No. 13-01333-rjf
Dwayne K. Mendoza                                                 Chapter 7
Nila T. Mendoza
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0975-1           User: lisa                   Page 1 of 2            Date Rcvd: Jun 04, 2014
                               Form ID: b9a                 Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2014.
db/jdb       +Dwayne K. Mendoza,   Nila T. Mendoza,   PO Box 89104,   Honolulu, HI 96830-7104
aty          +Cynthia M. Johiro,   Dept of Attorney General,   425 Queen Street,   Honolulu, HI 96813-2903
aty          +Dan S. Ikehara,   Dan S. Ikehara, AAL,   98-1247 Kaahumanu Street #309,   Aiea, HI 96701-5301
aty          +Derek W.C. Wong,   Routh Crabtree Olsen,   900 Fort Street Mall, Ste. 305,
              Honolulu, HI 96813-3719
aty          +Donald L. Spafford, Jr.,   Law Office of Donald L. Spafford, Jr.,   Pauahi Tower, Suite 470,
              1003 Bishop Street,   Honolulu, HI 96813-6400
1225881      +1st Finl Invstmnt Fund,   230 Peachtree St,   Atlanta, GA 30303-1534
1225884      +Cadmus Properties Corp.,   332 North School Street,   Honolulu, HI 96817-3101
1225886      +Carolyn P. Mendoza,   2214 California Avenue,   Wahiawa, HI 96786-2876
1241376      +City and County of Honolulu,   Real Property Tax Collection,   Division of Treasury,
              530 S. King St., Rm. 115,   Honolulu, HI 96813-3086
1225889       Department of Taxation,   Attn: Bankruptcy Unit,   PO Box 259,   Honolulu, HI 96809-0259
1225890      +Equifax Credit Information Service,   PO Box 740241,   Atlanta, GA 30374-0241
1225891      +Equity Properties Inc.,   500 Alakawa Street, Bldg 214,   Honolulu, HI 96817-4576
1225892       Experian,   PO Box 2002,   Allen, TX 75013-2002
1225898       Nco Fin/67,   1001 Bishop Tower Ste 48,   Honolulu, HI 96813
1225901      +OneMain Financial,   300 St. Paul Place,   Baltimore, MD 21202-2120
1225900       OneMain Financial,   Bankruptcy Dept.,   PO Box 6042,   Sioux Falls, SD 57117-6042
1229302       OneMain Financial Inc HI,   P.O. Box 6042,   Sioux Falls, SD 57117-6042
1225899      +Onemain Financial,   6801 Colwell Blvd,   Irving, TX 75039-3198
1225903      +Pugt Snd Col,   Pob 66995,   Tacoma, WA 98464-6995
1225904      +Telecheck,   6200 South Quebec St.,   Greenwood Village, CO 80111-4750
1225905      +Transunion,   PO Box 2000,   Chester, PA 19016-2000
1225906      +Waihau Properties LLC,   350 Ward Avenue, Suite 106-400,   Honolulu, HI 96814-4010

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: rick@abelmannlaw.com Jun 05 2014 02:05:27     W. Richard Abelmann,
              Abelmann Rollins LLLC,   1330 Ala Moana Blvd., Suite 301,   Honolulu, HI 96814
tr           +EDI: BEAKANE.COM Jun 05 2014 02:03:00     Elizabeth A. Kane,   P.O. Box 1573,
              Honolulu, HI 96806-1573
cr            E-mail/Text: camanagement@mandtbank.com Jun 05 2014 02:05:29     M&T Bank,   c/o M&T Mortgage,
              1 Fountain Plaza, 6th Floor,   Buffalo, NY 14203
1237871      +E-mail/Text: bncmail@w-legal.com Jun 05 2014 02:05:30     ALTAIR OH XIII, LLC,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
1225882       EDI: BANKAMER.COM Jun 05 2014 02:03:00     Bank Of America,   Po Box 982235,   El Paso, TX 79998
1225883      +EDI: TSYS2.COM Jun 05 2014 02:03:00     Barclays Bank Delaware,   Attn: Bankruptcy,
              P.O. Box 8801,   Wilmington, DE 19899-8801
1237025       EDI: RECOVERYCORP.COM Jun 05 2014 02:03:00     Bureaus Investment Group Portfolio No 15 LLC,
              c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
1225888       EDI: CITICORP.COM Jun 05 2014 02:03:00     Citibank Sd, Na,   Attn: Centralized Bankruptcy,
              Po Box 20363,   Kansas City, MO 64195
1225885      +EDI: CAPITALONE.COM Jun 05 2014 02:03:00     Cap1/bstby,   Po Box 30253,
              Salt Lake City, UT 84130-0253
1225887      +Fax: 602-659-2196 Jun 05 2014 03:23:30     Chex Systems Inc.,   Attn: Consumer Relations,
              7805 Hudson Rd. Ste 100,   Woodbury, MN 55125-1703
1231631      +EDI: JEFFERSONCAP.COM Jun 05 2014 02:03:00     FIRST FINANCIAL INVESTMENT FUND HOLDINGS, LLC,
              c o Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
1225893      +EDI: RMSC.COM Jun 05 2014 02:03:00     Gecrb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
1225894      +EDI: HFC.COM Jun 05 2014 02:03:00     Hsbc Bank,   Po Box 30253,   Salt Lake City, UT 84130-0253
1225896       EDI: IRS.COM Jun 05 2014 02:03:00     Internal Revenue Service,   PO Box 21126,
              Philadelphia, PA 19114
1225895       EDI: IRS.COM Jun 05 2014 02:03:00     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
1240169      +E-mail/Text: camanagement@mandtbank.com Jun 05 2014 02:05:29     M & T Mortgage,
              1 Fountain Plaza, 7th Floor,   Buffalo, NY 14203-1420
1225897       E-mail/Text: camanagement@mandtbank.com Jun 05 2014 02:05:29     M & T Bank,   Attn: Bankruptcy,
              1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
1240172       E-mail/Text: camanagement@mandtbank.com Jun 05 2014 02:05:29     M&T Bank,
              1 Fountain Plaza, 7th Floor,   Buffalo, NY 14203
1225902      +E-mail/Text: al@phfcu.com Jun 05 2014 02:05:28     Pearl Harbor Fcu,   94-449 Ukee St,
              Waipahu, HI 96797-4212
1225954       E-mail/Text: rick@abelmannlaw.com Jun 05 2014 02:05:27     W. Richard Abelmann,
              1330 Ala Moana Blvd., Suite 301,   Honolulu, HI 96814
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1229948       Association of Apartment Owners of Waipio Garden A
```

```
District/off: 0975-1          User: lisa              Page 2 of 2             Date Rcvd: Jun 04, 2014
                              Form ID: b9a            Total Noticed: 42
```

```
cr*        +Carolyn P Mendoza,   2214 California Avenue,   Wahiawa, HI 96786-2876
1240171*   +M & T Mortgage,   1 Fountain Plaza, 7th Floor,   Buffalo, NY 14203-1420
                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2014                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2014 at the address(es) listed below:

```
          Cynthia M. Johiro    on behalf of Creditor    Department of Taxation, State of Hawaii
           atg.tax.hbcf@hawaii.gov, cynthia.m.johiro@hawaii.gov
          Dan S. Ikehara    on behalf of Creditor Carolyn P Mendoza dsikehara@aol.com
          Derek W.C. Wong    on behalf of Creditor    M&T Bank dwong@rcolegal.com,
           cgramos@rcolegal.com;jchen@rcolegal.com
          Donald L. Spafford, Jr.    on behalf of Joint Debtor Nila T. Mendoza spafford@lava.net,
           spaffordECFmail@gmail.com
          Donald L. Spafford, Jr.    on behalf of Debtor Dwayne K. Mendoza spafford@lava.net,
           spaffordECFmail@gmail.com
          Elizabeth A. Kane    Trustee@kanelawhawaii.com, HI11@ecfcbis.com;EKaneTrustee@gmail.com
          Howard M.S. Hu    Ch13mail@aol.com, michael_dowling@hib.uscourts.gov
          Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov
          W. Richard  Abelmann    on behalf of Debtor Dwayne K. Mendoza rick@abelmannlaw.com,
           notices@abelmannlaw.com;holly@abelmannlaw.com;alicia@abelmannlaw.com;chris@abelmannlaw.com;brenda
           @abelmannlaw.com;travis@abelmannlaw.com
          W. Richard  Abelmann    on behalf of Joint Debtor Nila T. Mendoza rick@abelmannlaw.com,
           notices@abelmannlaw.com;holly@abelmannlaw.com;alicia@abelmannlaw.com;chris@abelmannlaw.com;brenda
           @abelmannlaw.com;travis@abelmannlaw.com
                                                                                        TOTAL: 10
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−01333**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 8/6/13 and was converted to a case under chapter 7 on 6/4/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Dwayne K. Mendoza<br>PO Box 89104<br>Honolulu, HI 96830 | Nila T. Mendoza<br>PO Box 89104<br>Honolulu, HI 96830 |
| Case Number:<br>13−01333 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−4402<br>xxx−xx−4244 |
| Attorney for Debtor(s) (name and address):<br>W. Richard Abelmann<br>Abelmann Rollins LLLC<br>1330 Ala Moana Blvd., Suite 301<br>Honolulu, HI 96814<br>Telephone number: 808−589−1010 | Bankruptcy Trustee (name and address):<br>Elizabeth A. Kane<br>P.O. Box 1573<br>Honolulu, HI 96806<br>Telephone number: (808) 525−6301 |

## Meeting of Creditors
Date: **July 8, 2014**        Time: **12:00 PM**
Location: **US Trustee Meeting Room, 1132 Bishop Street, Suite 606, Honolulu, HI 96813**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 9/8/14**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br>Telephone number: (808) 522−8100 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Michael B. Dowling |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date: 6/4/14 |

## EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **_Do not include this notice with any filing you make with the court._** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Property Under $2,500 | Unless an objection is filed within 21 days after the date of this notice, the trustee may sell property of the estate without further notice or hearing if the property's aggregate gross value is less than $2,500. |
Refer to Other Side for Important Deadlines and Notices