DAN S. IKEHARA, #4242
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii  96701
Telephone:  (808) 485-1420
DSIkehara@aol.com

Attorney for Creditor
CAROLYN P. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-01333 |
| | ) | (Chapter 7) |
| DWAYNE K. MENDOZA and | ) | |
| NILA T. MENDOZA, | ) | NOTICE OF CHANGE OF ADDRESS |
| | ) | OF COUNSEL FOR CREDITOR |
| Debtors. | ) | CAROLYN P. MENDOZA |
| | ) | |
| | ) | |
| | ) | |

NOTICE OF CHANGE OF ADDRESS OF
COUNSEL FOR CREDITOR CAROLYN P. MENDOZA

NOTICE IS HEREBY GIVEN that the address of DAN S. IKEHARA, attorney for

Creditor CAROLYN P. MENDOZA, has changed to the following effective immediately:

> DAN S. IKEHARA, ESQ.
> 98-084 Kamehameha Highway
> Suite 303B
> Aiea, Hawaii 96701

The telephone number, fax number and email address remain the same.

Dated: Aiea, Hawaii,          July 7, 2014          .


                              /s/ DAN S. IKEHARA
                              DAN S. IKEHARA
                              Attorney for Creditor
                              CAROLYN P. MENDOZA