ABELMANN ROLLINS LLLC

W. RICHARD ABELMANN 9158
CHRISTOPHER T. ROLLINS 9795
1330 Ala Moana Blvd. Ste. 301
Honolulu, Hawaii 96814
Tel 808.589.1010  Fax 888.797.7471
rick@abelmannlaw.com | chris@abelmannlaw.com

Attorney for Debtors DWAYNE K. MENDOZA and NILA T. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | ) | CASE NO. 13-01333 |
|---|---|---|
| | ) | (Chapter 7) |
| DWAYNE K. MENDOZA and | ) | |
| NILA T. MENDOZA, | ) | NOTICE OF AMENDED |
| | ) | SCHEDULES E and F |
| | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

NOTICE OF AMENDED SCHEDULES E and F

Come now Debtors DWAYNE K. MENDOZA and NILA T. MENDOZA, by and through their counsel, Abelmann Rollins LLLC, and hereby submits their Notice of Amended Schedules E and F.

DATED: Honolulu, Hawaii, September 2, 2014.

/s/ W. Richard Abelmann
W. RICHARD ABELMANN
Attorneys for Debtors DWAYNE K.
MENDOZA and NILA T. MENDOZA