*Filer's Name, Address, Phone, email:*
ABELMANN ROLLINS LLLC

W. RICHARD ABELMANN 9158
CHRISTOPHER T. ROLLINS 9795
677 Ala Moana Blvd. Ste. 1009
Honolulu, Hawaii 96813
Tel 808.589.1010  Fax 888.797.7471
rick@abelmannlaw.com
chris@abelmannlaw.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s): **DWAYNE K. MENDOZA**
**NILA T. MENDOZA**    Chapter 7    Case No. **13-01333**

## MOTION TO REOPEN CASE

Moving Party:  DWAYNE K. MENDOZA and NILA T. MENDOZA

⦿ Debtor    ○ Creditor/Party in Interest    ○ U.S. Trustee    ○ Trustee

The above-named party moves for an order reopening the case for the reason(s) stated below.

☐ To file a certification of completion of a course concerning personal financial management (debtor education) in order to obtain a discharge.  [*Reopening fee must be paid.*]

☒ To file a motion or complaint alleging a violation of the postpetition discharge injunction under 11 U.S.C. § 524(a).  [*No reopening fee is due.*]

☐ To seek relief under 11 U.S.C. § 362(k) concerning an alleged violation of the automatic stay during the pendency of the case.  [*Reopening fee must be paid.*]

☐ To file a motion or complaint seeking other relief (describe below).  [*Reopening fee must be paid.*]

*Note:  Generally, the court denies requests to reopen a "no-asset, no-claim-bar" case to add a creditor in amended schedules.  See In re Beezley, 994 F.2d 1433 (9th Cir. 1993).*

Dated:  December 2, 2015    Signature:  /s/  W. Richard Abelmann

*Print name if original signature*    W. Richard Abelmann