**Date Signed:**
**December 3, 2015**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

*Debtor(s):* **DWAYNE K. MENDOZA and NILA T. MENDOZA**

Chapter 7  Case No. **13-01333**

Related Docket No.  88

## ORDER GRANTING MOTION TO REOPEN CASE

For good cause and in accordance with 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, the motion to reopen this case is GRANTED. Failure to promptly pursue the relief described in the motion to reopen may result in the closing of the case without a hearing.

No fee is required.

Debtor's attorney must file, within 14 days after the date of the entry of this order, a supplemental disclosure of any compensation paid or agreed to be paid in connection with the motion to reopen and services to be performed in the reopened case. *See* 11 U.S.C. § 329; Fed. R. Bankr. P. 2016(b).

**END OF ORDER**